UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIX NAZON,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 21 Civ. 8680 (AT) (SLC)

TIME EQUITIES, INC.,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 2, 2021, the Court orders as follows:

1. By **January 7, 2022**, Mr. Nazon shall file an amended complaint (the "Amended Complaint"); and

2. By **January 21, 2022**, Defendant shall file a letter advising the Court whether it intends to answer the Amended Complaint or renew its request to file a motion to dismiss.

As discussed during the conference, Mr. Nazon is advised that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of or run by the Court and it cannot accept filings on behalf of the Court. Mr. Nazon may seek free legal advice from NYLAG by visiting its website at www.nylag.org/pro-se-clinic/ or by calling (212) 659-6190.

Mr. Nazon is further advised that he may choose to receive by email, instead of regular mail, documents filed in this case. If Mr. Nazon wishes to receive case information by email, he

must follow the instructions on the Consent and Registration Form, available on the website of the United States District Court for the Southern District of New York, https://nysd.uscourts.gov/node/845.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Nazon at the address below.

Dated:	New York, New York
	December 2, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:
Alix Nazon
118-50 193rd Street
St. Albans, NY 11412