```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __1/25/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIX NAZON,

           Plaintiff,

-against-

TIME EQUITIES, INC,

           Defendant.

21 Civ. 8680 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant Time Equities, Inc.'s request to file a motion to dismiss the amended complaint in this matter. ECF No. 14. The request is GRANTED. Accordingly:

1. By **March 4, 2022**, Defendant shall file its motion;
2. By **March 25, 2022**, Plaintiff shall file his opposition papers;
3. By **April 8, 2022**, Defendant shall file its reply, if any.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 25, 2022
       New York, New York

ANALISA TORRES
United States District Judge