**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALIX NAZON,

                Plaintiff,                21 **CIVIL** 8680 (AT) (SLC)

       -against-                      **JUDGMENT**

TIME EQUITIES, INC.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 3, 2023, the Court OVERRULES Plaintiff's objections to the R&R, ADOPTS the R&R's conclusions, GRANTS Time Equities motion to dismiss, DENIES Plaintiffs request to amend the complaint, DISMISSES Plaintiff's Title VII, ADEA, ADA, and § 1981 claims with prejudice, and DISMISSES Plaintiff's claims under the NYSHRL and the NYCHRL without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          February 3, 2023

                                                            **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                               **BY:**
                                                               **Deputy Clerk**